McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MARCELO ILLARMO (MABN 670079)
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8944
    Facsimile: (415) 744-0134
    E-Mail: Marcelo.Illarmo@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CASEY MORGAN,<br><br>        Plaintiff,<br><br>v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security<br><br>        Defendant. | Case No.: 2:20-cv-00252-EFB<br><br>STIPULATION FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) |

    IT IS HEREBY STIPULATED, by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to <u>sentence four</u> of 42 U.S.C. § 405(g). The purpose of the remand is to offer Plaintiff a new decision.

    On remand, the agency will provide Plaintiff with the opportunity for a new hearing to testify and present new evidence. The ALJ will issue a new decision. If this case proceeds past the third step of the sequential evaluation process, the ALJ will make a new RFC evaluation. The ALJ will reevaluate the medical evidence and opinions and all of the evidence of record

1  including testimony and lay evidence. If necessary, the agency will obtain additional vocational
2  expert testimony, and make a new determination at Step 5.
3       The parties further request that the Clerk of the Court be directed to enter a final
4  judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the
5  Commissioner.

                                     Respectfully submitted,

Dated: July 6, 2020                */s/ Barbara Marie Rizzo\**
                                     (*as authorized via e-mail on 7/6/2020)
                                     BARBARA MARIE RIZZO
                                     Attorney for Plaintiff


Dated: July 6, 2020                McGREGOR W. SCOTT
                                     United States Attorney
                                     DEBORAH LEE STACHEL
                                     Acting Regional Chief Counsel, Region IX
                                     Social Security Administration

                        By:    */s/ Marcelo Illarmo*
                                     MARCELO ILLARMO
                                     Special Assistant United States Attorney

                                   Attorneys for Defendant

## ORDER

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.  The Clerk is directed to enter judgment in plaintiff's favor.

Dated:  July 7, 2020.

THE HONORABLE EDMUND F. BRENNAN
United States Magistrate Judge